**UNITED STATES of America, Plaintiff—Appellee,**

v.

**James Earl FLEMING, aka James Hendricks, Defendant— Appellant.**

No. 03–30327.

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2004.*

Decided June 22, 2004.

Catherine L. Floit, Esq., Shoreline, WA, David Henry Gehrke, Esq., Seattle, WA, for Defendant–Appellant.

Before HALL, LEAVY and FISHER, Circuit Judges.

MEMORANDUM **

James Earl Fleming appeals the district court's order revoking supervised release and imposing a three-month term of imprisonment and three-year term of supervised release. He originally pleaded guilty to a conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841 and 846. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Fleming's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.